

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2018

No. 04-18-00204-CV

Odis **SPENCER,**
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-02307
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

On July 20, 2018, appellant Odis Spencer filed a Motion to Reinstate Appeal. After consideration, the motion is **DENIED**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court